

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:  Artis Charles Harrell v. Branch Brinson, R. Burt Brinson, Bonner Brinson, S.P. Dairy Ashford, LLC d/b/a Salon Park, and Brinson Management Corp.

Appellate case number:  01-18-00031-CV

Trial court case number:  2017-28390

Trial court:  189th District Court of Harris County

Appellant Artis Charles Harrell's motion for panel rehearing is DENIED.

It is so ORDERED.

Judge's signature: /s/ Sarah Beth Landau
         ☑ Acting for the Court

Date:  May 16, 2019